UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| STEVE LEE YATES, | ) | Case No. 07-20215-659 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| FREDRICH J. CRUSE, Chapter 7 Trustee | ) | **Adversary No. 09-2005-659** |
| | ) | |
| | ) | PUBLISHED |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| STEVE LEE YATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is GRANTED and judgment is entered in favor of Plaintiff, Fredrich Cruse, Chapter 7 Trustee and against Debtor, Steven Yates; and that Debtor's discharge is DENIED in the present Chapter 7 case pursuant to Sections 727(a)(2)(B), 727(a)(3), 727(a)(4)(A), 727(a)(4)(D), 727(a)(5) and 727(a)(6); and the Chapter 7 Trustee is awarded attorney's fees in the amount of $1,000.00 and this is the final judgment and order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: April 28, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Fredrich J. Cruse
718 Broadway
P.O. Box 914
Hannibal, MO 63401

Edward J. Karfeld
611 Olive St., Ste. 1640
St. Louis, MO 63101

Steve Yates
P O Box 38
Monroe City, MO 63456